REATZ *v.* NEW YORK.

No. 50, Misc.   Decided October 14, 1963.

Petitioner *pro se.*
*William I. Siegel* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Appellate Division of the Supreme Court of New York, Second Judicial Department, for further consideration in light of *Griffin* v. *Illinois,* 351 U. S. 12, *Eskridge* v. *Washington Prison Board,* 357 U. S. 214, and *Norvell* v. *Illinois,* 373 U. S. 420.

CEPERO *v.* PELOSO.

No. 116, Misc.   Decided October 14, 1963.

Appellant *pro se.*
*Solicitor General Cox* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.